IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRED ADAMS,**  *Plaintiff,*  v.  **NORRISTOWN STATE HOSPITAL,**  *Defendant.* | Case No. 2:24-cv-04125-JDW |

## ORDER

**AND NOW**, this 29th day of October 2025, upon consideration of the Defendant Norristown State Hospital's Motion For Summary Judgment (ECF No. 18), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Because Mr. Adams has withdrawn his claims under 42 U.S.C. § 1981, Count I of the Complaint is **DISMISSED WITH PREJUDICE**;

2. The Motion is **GRANTED** with respect to Mr. Adams's claims under Title VII in Counts II, IV, and VI of the Complaint; and

3. Mr. Adams's claims under the Pennsylvania Human Relations Act in Counts III, V, and VII of the Complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

The Clerk of Court shall mark the case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.